## 52350. TILLETTE v. EMPLOYERS INSURANCE OF WAUSAU et al.

Quillian, Judge.

After a careful review of the record in the case sub judice, we have determined that the evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

Argued July 14, 1976 — Decided September 9, 1976.

*George & George, William V. George,* for appellant.

*Neely, Freeman & Hawkins, Andrew J. Hamilton,* for appellees.